IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS G. DOVER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 25-CV-1631 |
| | : | |
| **JOHN DOE SUPERVISOR,** *et al.*, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 9th day of April 2025, upon consideration of Plaintiff Louis G. Dover's *Motion to Proceed In Forma Pauperis*, (ECF No. 1), and his *pro se* Complaint, (ECF No. 2), it is hereby **ORDERED** that:

1. The motion to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the accompanying Memorandum, the Complaint is **DISMISSED,** with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*